UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS BRACKEN,<br><br>                      Plaintiff,<br><br>    v.<br><br>STATE WASHINGTON DOC MEDICAL,<br><br>                      Defendant. | CASE NO. C17-736 RAJ<br><br>**ORDER OF DISMISSAL** |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the record, the Court finds and **ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) The complaint is dismissed without prejudice.

(3) The motion to compel discovery is **DENIED** as moot.

DATED this 20th day of December, 2017.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1